# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY, | Case No. 1:13-cv-02044 LJO DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO EXPEDITE PROCEEDINGS |
| v. | [ECF No. 10] |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Mark S. Sokolsky is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his initial complaint on December 16, 2013. On September 11, 2014, Plaintiff filed a First Amended Complaint.

On November 10, 2014, Plaintiff filed the instant motion to expedite proceedings in this action. As Plaintiff correctly states, the instant action is pending before this Court. However, the Court does not have an expedited calendar. Plaintiff is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of the pending First Amended Complaint. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///

///

///

1 | Accordingly, Plaintiff's motion to expedite proceedings is DENIED.

IT IS SO ORDERED.

Dated: **November 13, 2014**         /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE