# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No. 1:13-cv-02044 LJO DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR TEMPORARY APPOINTMENT OF JUDGES<br><br>[ECF No. 12] |

Plaintiff Mark S. Sokolsky is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his initial complaint on December 16, 2013. On September 11, 2014, Plaintiff filed a First Amended Complaint.

On March 2, 2015, Plaintiff filed the instant motion for temporary assignment of judges to the Eastern District of California, Fresno Division. Plaintiff is advised that this Court is without authority to temporarily assign judges to the district. Further, the Court's jurisdiction is limited to the parties before it in this action and to Plaintiff's claims concerning the kosher meal program at Coalinga State Hospital. See e.g., Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998) ("[The] triad of injury in fact, causation, and redressability constitutes the core of Article III's case-or-controversy requirement, and the party invoking federal jurisdiction bears the burden of establishing its existence.") (citation omitted); American Civil Liberties Union of Nevada v. Masto, 670 F.3d 1046, 1061-62 (9th Cir. 2012) ("[F]ederal

1

courts may adjudicate only actual, ongoing cases or controversies.") (citation and internal quotation marks omitted).

Accordingly, Plaintiff's motion for temporary appointment of judges is DISREGARDED.

IT IS SO ORDERED.

Dated:   **March 11, 2015**                                /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE