# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTINE MATIVO, et al.,<br><br>        Defendants. | Case No.  1:13-cv-02044 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO ENTER DEFAULT<br><br>[ECF Nos. 22, 23] |

Plaintiff Mark S. Sokolsky, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 16, 2013.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2015, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion to enter default be DENIED.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days.  Over fourteen days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 9, 2015, are ADOPTED in full;
2. Plaintiff's motion to enter default against Defendants is DENIED.

IT IS SO ORDERED.

    Dated:   **January 5, 2016**                  /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE