1  MARK S. SOKOLSKY
   CO-000459-8, Unit 18
2  Post Office Box 5003
   Coalinga, CA 93210-5003
3  Telephones:  (559) 934-1450
                (559) 934-1437
4               (559) 934-1336
                (559) 934-1294
5

6  Plaintiff, *pro se*

7



FILED
JAN 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

9               𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞

10

11

12  MARK S. SOKOLSKY,                         No. 1:13-cv-02044-LJO-DLB PC

13                 Plaintiff,

14       vs.
                                              **MOTION TO SUBSTITUTE**
15  STATE OF CALIFORNIA;                      **PROPER PARTIES AS**
    ~~CHRISTINE MATIVO, M.S., R.D.;~~         **DEFENDANTS**
16  CHRISTINE COYNE, M.S., R.D.;
    REBECCA DOMRESE, R.D.;                                **and**
17  ~~AUDREY KING, Executive Director;~~
    ROBERT P. WINTHROW, M.D., Executive       **VERIFIED SECOND AMENDED**
18  Director (A);                             **COMPLAINT FOR DECLARATORY**
    ~~ALAN CARLSON, Central Program~~         **AND INJUNCTIVE RELIEF FOR**
19  ~~Services Administrator;~~               **RACIAL AND RELIGIOUS**
    JOEL CASTENEDA, Central Program           **DISCRIMINATION, DELIBERATE**
20  Services Administrator;                   **INDIFFERENCE TO SERIOUS**
    ~~BRIAN BOWLEY, Program 6 Administrator;~~ **MEDICAL NEEDS**
21  DANIEL MEEKS, Program 6 Administrator;    **(Substitution of Parties)**
    ~~MARISA BIGOT, Unit Supervisor;~~
22  ISAAC BONSU, Unit Supervisor;             **DEMAND FOR JURY TRIAL**
    ~~KAMALA HARRIS, Attorney General of the~~
23  ~~State of California;~~ and              [42 U.S.C. §§ 1982, 1983, 2000cc-1
    JOHN/JANE DOE 1 TO 100, INCLUSIVE;        through 2000cc-5]
24  in their official capacities only.

25                 Defendants.

26

27

28  //

MOTION TO SUBSTITUTE
PROPER PARTIES AS DEFENDANTS                  - 1 -

*TO THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES DISTRICT JUDGE:*

Since the filing of the instant civil action on September 13, 2013, several of the defendants have ceased to hold their offices while the action was pending. Defendants have been sued in their official capacities only.

Therefore, pursuant to the provisions of Rule 25, subdivision (d), of the Federal Rules of Civil Procedure, plaintiff MARK S. SOKOLSKY (hereinafter "plaintiff") respectfully moves the court to substitute the defendants as indicated above.

Additionally, plaintiff has created an appropriate Second Amended Complaint, which includes the striking by double-strikethrough (~~double strikethrough~~) and adding by underlining (<u>underlining</u>), plaintiff's complaint, which includes plaintiff's *"Notice of Plaintiff's Election to Proceed on the Claims Identified by the Court as Viable/Cognizable"* dated August 15, 2015, along with the aforementioned substitution of parties.

Plaintiff is informed and believes and alleges that the defendants have not been served, due to the U.S. Marshal's inability to locate the defendants, because they no longer hold office at Coalinga State Hospital. This substitution of parties and service of the current proposed Verified Second Amended Complaint should make service easier and move this case along.

DATED: January 11, 2016

Respectfully submitted,

[signature]

MARK S. SOKOLSKY
Plaintiff, *pro se*