# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK S. SOKOLSKY,

    Plaintiff,

  vs.

CHRISTINE MATIVO, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:13-cv-02044 LJO DLB PC

**ORDER GRANTING PLAINTIFF'S REQUEST TO CORRECT DISCOVERY AND SCHEDULING ORDER**

[ECF No. 36]

On April 4, 2016, the Court issued a Discovery and Scheduling Order (hereinafter "Order") in this case. [ECF No. 34.] On April 14, 2016, Plaintiff filed a request for correction and reissuance of the Order. Plaintiff notes that certain language in the Order is inapplicable to his case. The Order references the California Department of Corrections and Rehabilitation but the CDCR is not involved in this case insofar as Plaintiff is a detainee at Coalinga State Hospital. Rather, it is the California Department of State Hospitals ("DSH") that is involved. Plaintiff's point is well-taken; therefore, the Court will correct the Order to reflect the appropriate agency. However, the Order will not be re-issued, only corrected, and the deadlines in the Order remain as set.

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's request to correct the Discovery and Scheduling Order is GRANTED;

2) Language referencing the California Department of Corrections and Rehabilitation ("CDCR") set forth in Section I.B. of the Order is CORRECTED to reflect the actual agency involved in this action: the California Department of State Hospitals.

3) All deadlines set forth in the original Discovery and Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:   __April 20, 2016__                    _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE