# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE MATIVO, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-02044 LJO DLB PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE OF MAY 25, 2016<br><br>[ECF No. 39] |

　　　　Plaintiff Mark S. Sokolsky, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 16, 2013.  This action is proceeding on Plaintiff's Second Amended Complaint ("SAC") filed on February 4, 2016.

　　　　On May 25, 2016, the Court issued an order directing Defendants King and Porter to show cause why sanctions should not be imposed for failure to file an answer.  On May 31, 2016, Defendants filed a response to the order to show cause.  In addition, Defendants Porter and King filed a Second Amended Answer.  Good cause having been presented and good cause appearing therefor, the order to show cause is hereby VACATED.

IT IS SO ORDERED.

　　　Dated:  __June 30, 2016__　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE