1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9               EASTERN DISTRICT OF CALIFORNIA
10

11 | MARK S. SOKOLSKY,

12 | Plaintiff,

13 | v.

14 | CHRISTINE MATIVO, et al.,

15 | Defendants.

16

11            Case No. 1:13-cv-02044 LJO DLB PC

12            ORDER EXTENDING DISCOVERY
              AND SCHEDULING ORDER TO
13            DEFENDANTS KING AND PORTER

17        Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action.

18 The action is proceeding on Plaintiff's Second Amended Complaint filed on February 4, 2016.

19        On April 4, 2016, the Court issued a Discovery and Scheduling Order.  Since then, certain

20 Defendants initially named have been replaced in their positions, and the current individuals holding

21 those positions have been substituted into this action.

22        On May 31, 2016, Defendants King and Porter filed an answer.  Therefore, the Court

23 EXTENDS the April 4, 2016, Discovery and Scheduling Order to Defendants King and Porter.

24 Deadlines to amend pleadings, conduct discovery, and file dispositive motions as set forth in the

25 initial Discovery and Scheduling Order are EXTENDED to Defendants King and Porter.  In addition

26 as to Defendants King and Porter, the deadline to provide initial disclosures is set for thirty

27 ///

28 ///

1

days from the date of service of this order, and the deadline to file motions based on exhaustion is set for sixty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 30, 2016**                              /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE