UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SOKOLSKY,<br><br>             Plaintiff,<br><br>       vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>             Defendants. | 1:13-cv-02044-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR MORE DEFINITIVE ANSWER AS MOOT<br>(ECF No. 44.) |

Plaintiff is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's Second Amended Complaint, filed on February 4, 2016, against defendants Domrese, King, Meek, Porter, and Bonsu for denial of free exercise of religion under the First Amendment and violation of RLUIPA; and defendants Domrese, King, Porter, and Bonsu for violation of due process for conditions of confinement. (ECF No. 44.)  On May 31, 2016, Defendants King, Coyne, and Porter filed an Answer to the Second Amended Complaint.  (ECF No. 40.)

On July 11, 2016, Plaintiff filed a request for the court to compel defendants King, Coyne, and Porter to file a more definitive Answer to the Second Amended Complaint.  (ECF No. 44.)

Plaintiff's motion is moot because on July 21, 2016, defendants King, Coyne, Porter, Meek, and Bonsu filed an Amended Answer to the Second Amended Complaint.  (ECF No.

46.)  Because the Amended Answer supercedes the prior Answer filed on May 31, 2016, Plaintiff's request for Defendants to update the prior Answer is moot and shall be denied as such.  Fed. R. Civ. P. 15; Local Rule 220.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for a more definitive answer, filed on July 11, 2016, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 27, 2016**                        **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE