UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | 1:13-cv-02044-LJO-GSA-PC<br><br>**ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OBJECTIONS WITHIN FOURTEEN DAYS**<br><br>**(ECF No. 71.)** |

　　　　Plaintiff is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's Second Amended Complaint, filed on February 4, 2016, against defendants Domrese, King, Meek, Porter, and Bonsu ("Defendants") for denial of free exercise of religion under the First Amendment and violation of RLUIPA; and defendants Domrese, King, Porter, and Bonsu for violation of due process for conditions of confinement. (ECF No. 30.) On March 30, 2017, Defendants filed a motion for summary judgment, which is pending. (ECF No. 68.)

　　　　On April 24, 2017, Plaintiff filed a document titled "Plaintiff's Objection to Rand Warning (Objection)," in which Plaintiff asserts that he has not been served with the motion for summary judgment. (ECF No. 71.) The court shall require a response to the Objection by Defendants, addressing service of the motion for summary judgment.

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of service of this order, Defendants shall file a response to Plaintiff's Objection of April 24, 2017.

IT IS SO ORDERED.

Dated: **May 4, 2017**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE