1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10
11  MARK S. SOKOLSKY,                    1:13-cv-02044-LJO-GSA-PC
12              Plaintiff,               ORDER VACATING HEARING ON
                                         MOTION AND MOTION FOR SUMMARY
13          vs.                          JUDGMENT FROM COURT'S
                                         CALENDAR
14  STATE OF CALIFORNIA, et al.,         (ECF No. 61.)
15              Defendants.
16
17
18

19          Mark S. Sokolsky ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights

20  action pursuant to 42 U.S.C. § 1983.  On December 23, 2016, Plaintiff filed a motion for

21  summary judgment.  (ECF No. 61.)  On January 23, 2017, Defendants filed an opposition.

22  (ECF No. 65.)  On March 16, 2017, Plaintiff filed a reply to the opposition.  (ECF No. 67.)

23  The motion for summary judgment is pending.

24          On June 29, 2017, the court issued an order clarifying Plaintiff's claims and permitting

25  further briefing by the parties.  (ECF No. 77.)  The order granted Defendants sixty days in

26  which to submit further briefing and granted Plaintiff thirty days from the date Defendants'

27  brief is filed, in which to submit further briefing.  In light of 28 U.S.C. § 476(a)(1), the Civil

28  Justice Reform Act, the hearing on the motion and Plaintiff's motion for summary judgment

itself is HEREBY DEEMED VACATED from the court's calendar until such time as the motion is before the court.  Local Rule 230(*l*).

IT IS SO ORDERED.

    Dated:   __**July 5, 2017**__                __**/s/ Gary S. Austin**__

                                                      UNITED STATES MAGISTRATE JUDGE