UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | 1:13-cv-02044-LJO-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF No. 79.)<br><br>ORDER DISMISSING DEFENDANT REBECCA DOMRESE FROM THIS ACTION<br><br>ORDER FOR CLERK TO REFLECT DISMISSAL OF DEFENDANT DOMRESE ON THE COURT'S DOCKET |

    Mark S. Sokolsky ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 16, 2013. (ECF No. 1.)

    On July 7, 2017, the court issued an order for Plaintiff to show cause, within twenty days, why defendant Rebecca Domrese should not be dismissed from this action based on inability to serve process. (ECF No. 79.) The twenty-day deadline has passed, and Plaintiff has not responded to the order to show cause. Therefore, defendant Rebecca Domrese shall be dismissed from this action.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The court's order to show cause, issued on July 7, 2017, is DISCHARGED;
2. Defendant Rebecca Domrese is DISMISSED from this action;
3. This action now proceeds only against defendants Audrey King, Daniel Meek, Jeannie Porter, and Isaac Bonsu for denial of free exercise of religion under the First Amendment and violation of RLUIPA; and defendants King, Porter, and Bonsu for violation of due process based on conditions of confinement; and
4. The Clerk of Court is directed to reflect the dismissal of defendant Rebecca Domrese from this action on the court's docket.

IT IS SO ORDERED.

Dated: **August 14, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE