UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | 1:13-cv-02044-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN TWENTY(20) DAYS<br>(ECF No. 68.) |

Mark S. Sokolsky ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2017, Defendants filed a motion for summary judgment. (ECF No. 68.) Plaintiff has not filed an opposition to the motion.

Evidence shows that Defendants served Plaintiff with the motion for summary judgment by mail on March 30, 2017, but Plaintiff refused delivery of the package. (ECF No. 68 #6; Exh A to ECF No. 76.) On August 16, 2017, Defendants filed a certificate of service showing that they re-served the motion for summary judgment and supporting documents upon Plaintiff, by personal service, on May 30, 2017. (ECF No. 83.) Under Local Rule 230(*l*), Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days but has not done so. Local Rule 230(*l*).

1

Accordingly, IT IS HEREBY ORDERED that **within (20) days** from the date of service of this order, Plaintiff is required to file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

Dated: **August 17, 2017**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE