# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY, | 1:13-cv-02044-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING SUBSTITUTION OF ATTORNEYS |
| vs. | (ECF Nos. 92, 93.) |
| STATE OF CALIFORNIA, et al., | ORDER FOR CLERK TO REFLECT THAT PLAINTIFF IS PROCEEDING PRO SE |
| Defendants. | |

Mark S. Sokolsky ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 27, 2018, Attorney Charles Kelly Kilgore, of the Law Offices of Charles Kelly Kilgore, submitted a proposed order substituting himself as attorney for Plaintiff Mark S. Sokolsky and adding himself to the court record as Plaintiff's attorney. (ECF Nos. 92, 93.) Attorney Kilgore also filed objections to the court's January 8, 2018, findings and recommendations on Plaintiff's behalf. (ECF Nos. 94, 95.)

**II.     SUBSTITUTION OF ATTORNEYS**

Plaintiff has not indicated whether he intends to substitute Attorney Charles Kilgore to represent him in this action. However, should this be the case, Plaintiff may not substitute an

1

attorney in this manner. Plaintiff is presently proceeding *in propria persona*.[1] For Plaintiff to substitute an attorney in place of himself as attorney of record, Plaintiff must submit a substitution of attorneys document to the Court, setting forth the full name and address of the new attorney, and signed by Plaintiff (as the withdrawing attorney and client) and the new attorney. Local Rule 182(g). "All substitutions of attorneys shall require the approval of the Court, and the words **'IT IS SO ORDERED'** with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys." Id.

In the event that Plaintiff intends to retain his *in propria persona* status and continue representing himself, his address of record shall reflect his address of residence. There is no Federal Rule of Civil Procedure or Local Rule allowing service of Court and other legal documentation at an address other than a *pro se* litigant's actual address. Local Rule 131, Local Rule 182(f), and Local Rule 183(b) require *pro se* litigants to inform the Court of their addresses and to keep the Court informed of any change in their addresses.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The substitution of Attorney Charles Kilgore in place of Plaintiff, as Plaintiff's attorney of record, is DENIED; and

2. The Clerk of Court is DIRECTED to:

    (1) Reflect Plaintiff's status as a *pro se* litigant on the court's docket;

    (2) Change Plaintiff's address of record to:

    > Mark S. Sokolsky
    > CO-000459-8
    > Coalinga State Hospital (5003)
    > P.O. Box 5003
    > Coalinga, CA  93210-5003

    and

///

///

---

[1] A litigant proceeding *in propria persona*, or *pro se*, is one who represents himself in a court proceeding without the assistance of a lawyer. Black's Law Dictionary, 1256, 1258 (8th ed. 2004).

(3) Serve a copy of this order on:

        Charles Kelly Kilgore, Esq.
        Law Office of Charles Kelly Kilgore
        9025 Wilshire Blvd., 5th Floor
        Beverly Hills, CA 90211

IT IS SO ORDERED.

Dated: **January 29, 2018**                **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE